FILED by SA D.C.
ELECTRONIC
Sep 12, 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**14-80159-CR-RYSKAMP/HOPKINS**

Case No. _____

18 U.S.C. § 152(1)
18 U.S.C. § 2

**UNITED STATES OF AMERICA,**

vs.

**RICHARD S. KRUGMAN and
TAMARA B. GIORDANO,**

       **Defendants.**

_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. On or about August 27, 2008, at Palm Beach County, in the Southern District of Florida, defendants **RICHARD S. KRUGMAN** and **TAMARA B. GIORDANO**, a married couple, filed a personal Chapter 7 bankruptcy as joint debtors captioned *In Re: Krugman and Giordano*, Bankruptcy Case No. 08-22222-BKC-EPK, in the United States Bankruptcy Court for the Southern District of Florida, before the Honorable Erik P. Kimball. At the time of filing, defendants **RICHARD S. KRUGMAN** and **TAMARA B. GIORDANO** claimed liabilities owed to creditors of approximately $2.9 million and available, non-exempt assets of less than $13,000.

2. Individuals who file for bankruptcy are known under federal bankruptcy law as "debtors."

1

3. Bankruptcy is a process by which debtors obtain relief from their "creditors." Creditors are individuals, businesses and government agencies who are owed money by the debtor. The bankruptcy process is designed to achieve the orderly distribution to creditors of available assets of the debtor that are truthfully disclosed. The bankruptcy process also provides a fresh start to debtors by allowing them to obtain a "discharge" of debts, that is, an order that releases the debtors from further personal liability for specified types of debts.

4. Debtors may file for one of several different types of bankruptcy, commonly referred to as chapters. One of these types of bankruptcy is known as "Chapter 7." A Chapter 7 bankruptcy is a liquidation bankruptcy. Under Chapter 7 of the Bankruptcy Code, a "trustee" is appointed by the Bankruptcy Court to administer the case by marshalling and then liquidating all assets of the debtor in order to maximize recovery for creditors.

5. The United States Trustee oversees the administration of all bankruptcy cases and private trustees, including Chapter 7 trustees.

6. A debtor seeking shelter under the bankruptcy laws must disclose all potential property and assets, whether worthless or not, whether in the debtor's name or in another's name, to creditors, the Chapter 7 trustee, the United States Trustee and, ultimately, the United States Bankruptcy Court. The assets of a debtor, including all property or interests in property owned by the debtor, comprise what is called the "bankruptcy estate." Debtors are also required to disclose all liabilities and debts owed to creditors. Full and honest disclosure in a bankruptcy case is crucial to the effective functioning of the federal bankruptcy system.

7. If the United States Bankruptcy Court determines that a debtor has acted to hinder, delay or defraud the trustee or creditors, or has knowingly provided false statements or testimony

during the bankruptcy proceedings, the Court has the authority to deny the debtor's discharge from bankruptcy. The debtor then will remain liable to creditors after conclusion of the bankruptcy proceedings. Such conduct also may give rise to criminal charges brought in the United States District Court.

8. On or about May 15, 2009, in *In Re: Krugman and Giordano*, Bankruptcy Case No. 08-22222-BKC-EPK, in the United States Bankruptcy Court for the Southern District of Florida, the Honorable Erik P. Kimball ordered that the discharge of defendants **RICHARD S. KRUGMAN** and **TAMARA B. GIORDANO** be denied.

## COUNT 1

9. Paragraphs 1 through 8 of this Information are re-alleged and incorporated by reference as though fully set forth herein.

10. Beginning on or about August 27, 2008, to on or about May 15, 2009, at Palm Beach County, in the Southern District of Florida, the defendants,

**RICHARD S. KRUGMAN and
TAMARA B. GIORDANO,**

in connection with a case under Title 11, the Bankruptcy Code, did knowingly and fraudulently conceal and cause to be concealed property belonging to the bankruptcy estate of *In Re: Krugman and Giordano*, Bankruptcy Case No. 08-22222-BKC-EPK, filed in the United States Bankruptcy Court for the Southern District of Florida, from creditors, the Chapter 7 trustee, the United States Trustee and the United States Bankruptcy Court, in that the defendants concealed or caused to be concealed certain items, including but not limited to:

   a) Women's Rolex watch, Presidential model, 18 carat yellow gold with single cut diamonds

b) Women's gold wedding band with 2 carats of diamonds

c) Women's platinum hoop earrings with pave diamonds

d) Women's gold cocktail ring with blue stone

e) Women's silver bangle bracelet

f) Man's Swiss Army diving watch

g) Royal Dalton china set

h) Silverware set

i) Waterford crystal glass set

j) Lalique leaf bowl

k) Lalique caviar bowl

l) Two George Rodrigue "Blue Dog" lithographs, signed and numbered

All in violation of Title 18, United States Code, Sections 152(1) and 2.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
CAROLYN BELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RICHARD S. KRUGMAN and
TAMARA B. GIORDANO,

        **Defendants.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

Miami _____    Key West _____
FTL _____    WPB __X__    FTP _____

New Defendant(s)    Yes _____    No _____
Number of New Defendants _____
Total number of counts __1__

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)  __NO__
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                    (Check only one)

   I    0 to 5 days      __X__                         Petty    _____
   II   6 to 10 days     _____                         Minor    _____
   III  11 to 20 days    _____                         Misdem.  _____
   IV   21 to 60 days    _____                         Felony   __X__
   V    61 days and over _____

6. Has this case been previously filed in this District Court? (Yes or No)  __NO__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   Yes _____  No __NO__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  Yes _____  No __X__

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  Yes _____  No __X__

                 _/s/ Carolyn Bell_
                 CAROLYN BELL
                 ASSISTANT UNITED STATES ATTORNEY
                 Admin. No. A5500286

*Penalty Sheet(s) attached                                                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Richard S. Krugman

**Case No:** _____

Count #: 1

Bankruptcy Fraud.

18 U.S.C. § 152(1) and 2

\* **Max.Penalty:**   5 years imprisonment, 3 years supervised release, fine of up to $250,000 or twice the gross gain or loss from the offense whichever is greater, restitution and $100 special assessment.

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Tamara B. Giordano

**Case No:** _____

Count #: 1

Bankruptcy Fraud.

18 U.S.C. § 152(1) and 2

\* **Max. Penalty:**   5 years imprisonment, 3 years supervised release, fine of up to $250,000 or twice the gross gain or loss from the offense whichever is greater, restitution and $100 special assessment.

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.