UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14 cr 80159-001


FILED by _____ D.C.
SEP 19 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Richard Krugman

COMES NOW Marissel Descalzo and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Signature _____

Date: 9/19/2014

Counsel's Name (Printed) Marissel Descalzo

Florida Bar Number (Required) 669318

Address 100 SE 2nd Street
Ste 4200    Zip Code: 33131

Telephone (305) 530-0050