UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-80159-CR-Ryskamp/Hopkins

FILED by _____ D.C.

SEP 26 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

United States of America,
    Plaintiff,

LANGUAGE: English

USM Number:

RICHARD S. KRUGMAN,
    Defendant.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge James M. Hopkins on 9/26/2014, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENSE COUNSEL:  MARISSEL DESCALZO (Retained)

BOND SET:         $25,000 PSB (DLB)

Dated: 9/26/2014

STEVE LARIMORE
CLERK OF COURT

By: Deputy Clerk